**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **LUKE CONWELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 18-CV-1074-SMY-MAB** |
| | ) | |
| **MICHAEL P. DUNNING and** | ) | |
| **ALFONSO DAVIS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

      This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Mark A. Beatty (Doc. 50), recommending the granting of Defendant Alfonso David's Motion for Summary Judgment on the Issue of Exhaustion (Doc. 28). No objections have been filed to the Report. For the following reasons, Judge Daly's Report is **ADOPTED**.

      When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

      Here, Judge Beatty thoroughly discussed and supported his conclusions that Plaintiff did not exhaust his administrative remedies as to Defendant David. The Court finds no clear error in Judge Beatty's findings, analysis and conclusions, and adopts his Report and Recommendation in

its entirety. Accordingly, Defendant David's Motion for Summary Judgment on the Issue of Exhaustion (Doc. 28) is **GRANTED** and Plaintiff's claims against Defendant David are **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

**DATED: July 16, 2019**

**STACI M. YANDLE**
**United States District Judge**